# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER,

                Plaintiff,

      v.

GARY GENSLER, *et al.*,

                Defendants.

Civil Action No. 1:21-cv-02093 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 14, is **GRANTED**, and this case is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 25, 2024

1